UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RUSSELL JONES,

      Petitioner,                                          Case No. 2:13-cv-208

v.

                                                            HON. ROBERT HOLMES BELL

DUNCAN MACLAREN,

      Respondent.

      _____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On March 9, 2016, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that the Court (1) deny the petition under 28 U.S.C. § 2254 for lack of merit in the grounds presented and (2) deny a certificate of appealability. (ECF No. 12.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 12) is **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the petition under 28 U.S.C. § 2254 is **DENIED** for lack of merit in the grounds presented.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated: May 3, 2016                                    /s/ Robert Holmes Bell
                                                      ROBERT HOLMES BELL
                                                      UNITED STATES DISTRICT JUDGE